Frederick P. Fox and Edward J. Keogh, Respondents, v. New York City Interborough Railway Company, Appellant. (No. 2.)—Appeal from an order denying a motion for a reargument.

CLARKE, J. : This was an appeal from an order denying a motion for a reargument of the motion for the continuance of an injunction *pendente lite* herein. As upon appeal the original order continuing the injunction has been reversed by the order of this court, handed down with an opinion this day (*ante*, p. 832), it is only necessary to affirm the order herein appealed from, without costs. Ingraham, McLaughlin, Laughlin and Houghton, JJ., concurred. Order affirmed, without costs. Order filed.

Samuel Beaver, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment affirmed, with costs. No opinion. (O'Brien, P. J., and Patterson, J., dissenting.) Order filed.

Lucretia C. Beaver, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment affirmed, with costs. No opinion. (O'Brien, P. J., and Patterson, J., dissenting.) Order filed.

Jeremiah Holsgrove, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.) Order filed,

Fanny L. Waters, Appellant, v. Horace Waters and Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Plaintiff, v. Samuel Bernstein and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Memorandum per curiam. Order filed.

Peter Handibode, Jr., Respondent, v. The City of New York and Others, Defendants, Impleaded with Luke A. Burke and National Surety Company, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.